# Continuation in Support of Criminal Complaint

## Introduction

1. I submit this Continuation in support of a criminal complaint charging KENTRELL THEON LANE with possession of a machinegun in violation of 18 U.S.C. § 922(o). Specifically, on or about November 6, 2026, in Ingham County, in the Southern Division of the Western District of Michigan, LANE knowingly possessed a machinegun conversion device installed on a Glock, Model 19, 9mm pistol, knowing that it was designed and intended solely and exclusively for use in converting a weapon to shoot automatically more than one shot by a single function of the trigger.

## Agent Background

2. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and I have served as such since March 2016. I am a graduate of the Special Agent Basic Training Program at the ATF National Academy and of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. I have conducted numerous investigations into the unlawful possession and use of firearms, the possession and distribution of controlled substances, and conspiracies associated with firearm and narcotic offenses. I am presently assigned to ATF's Lansing Office. As a Special Agent with ATF, my primary duties include the investigation of alleged violations of federal firearm laws, including the subject offense of 18 U.S.C. § 922(o) (possession of a machinegun).

3. The facts in this Continuation come from my training, experience, and information obtained from other law enforcement officers. This Continuation is

intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

**Probable Cause**

4. On November 6, 2026, at 10:22 a.m., a Lansing Police Officer was dispatched to 2011 Georgetown Blvd, Lansing, Ingham County, Michigan, for a report of a stolen car pinging in the parking lot. The vehicle was described as a Grey 2026 Volkswagen Tiguan, that had been stolen out of Flint and was suspected to be parked in the lot of 2011 Georgetown Blvd. It should be noted this vehicle is a 4-door SUV/Station wagon.

5. A Lansing Police Officer observed a grey newer model station wagon/SUV backed into a parking spot in front of 2011 Georgetown. As the officer passed, the vehicle headlights came on and the vehicle abruptly and quickly exited the parking lot. The driver could not be seen due to the window tint on the front driver window.

6. As the officer attempted to catch up to the vehicle, the vehicle accelerated and the officer could hear the engine revving. The officer was unable to read the license plate and confirm if the vehicle was stolen.

7. The vehicle backed into a parking spot near 6323 Haag Road, Lansing, Ingham County Michigan, and a male exited the vehicle. The officer activated her overhead lights and siren signaling for the driver to stop. She then exited her vehicle and told him to stop. The male, later identified as LANE looked at the officer and continued walking towards the apartments. The officer ran toward LANE and ordered him to stop.

8. LANE then ran from the officer as she approached him. The officer engaged in a foot pursuit and observed LANE running with his right arm clutched tightly to his side and not moving naturally as one would while running, suggesting he was holding onto something in his waistband. The officer deployed her taser with positive effect. The officer gave loud verbal commands for LANE to put his hands behind his back, but he would not comply. A review of the bodycam video shows that an extended magazine can be seen coming from the waistband of LANE's pants while resisting the officer on the ground. Once secured in handcuffs, a Glock, Model 19, 9mm pistol bearing serial number BCCH038 with a machinegun conversion device attached to the rear of the firearm, was retrieved from LANE's pants.

9. ATF Task Force Officer Trevor Arnold interviewed LANE at Lansing City Jail. LANE was advised of his Miranda rights, which he waived. LANE admitted to being in possession of the firearm and that it had a machinegun conversion device attached. He advised that he knows what a "switch" is and he just completed 18 months of HYTA probation for being caught with a switch on a previous gun case. LANE stated that a "switch" changes the gun from semi-automatic to full automatic.

10. I did review LANE's criminal history and it showed a February 20, 2025 deferred HYTA for felony carrying concealed weapon and a nolle prosequi under that same case for felony weapons firearms devices to convert semi-automatic to automatic.

11. A machinegun conversion device often referred to as a "Glock switch," "switch," "button," or auto sear, is a mechanism that can be attached to the backplate of the slide of a Glock pistol. Glock pistols are designed to fire semi-automatic, which is defined as one projectile being fired from a firearm with each single pull of the trigger. Inside a Glock pistol is a mechanical part identified as a sear which stops the pistol from firing more than one round with each trigger pull. When the machinegun conversion device is inserted into the backplate of the Glock pistol it allows for the mechanical sear inside the firearm to not engage, thus making the pistol fire fully automatic or as a machine gun as defined by Title 26 U.S.C. § 5845(b).

12. The Glock, Model 19, 9mm pistol bearing with a machinegun conversion device attached meets the definition of a "machinegun" under 26 U.S.C. § 5845(b). I spoke with an investigator and requested that LANE be queried in the National Firearms Registration and Transfer Record (NFRTR). The investigator advised that LANE yielded nothing registered to him in the NFRTR.

13. Conversion is fast, simple, and requires little technical expertise. Most conversions typically involve removal of the original polymer slide cover plate and replacement with the conversion device. In some cases, the device may actually be attached to the existing slide cover plate. The conversion process can take less than 60 seconds to complete. Conversion of a Glock pistol will result in a rate-of-fire of approximately 1100 -1200 rounds per minute.

## Conclusion

14. For the reasons set forth above, I respectfully submit that there is probable cause to believe that, on or about November 6, 2026, LANE knowingly possessed a machinegun in violation of 18 U.S.C. § 922(o) in Ingham County, in the Western District of Michigan. I respectfully request that a criminal complaint be issued for LANE.